UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN GUAYDACAN, | Case No. 2:13-cv-02086-JAD-NJK |
| *Petitioner*, | **ORDER** |
| vs. | |
| DWIGHT NEVEN, *et al.*, | |
| *Respondents*. | |

In this habeas matter under 28 U.S.C. § 2254, the county public defender who unilaterally appeared herein has not timely responded to the Court's order that he show cause why he should not be disqualified due to a conflict of interest.

**IT THEREFORE IS ORDERED** that Norman J. Reed is DISQUALIFIED as counsel for petitioner. The Clerk of Court shall terminate Mr. Reed as counsel for petitioner and shall reflect that petitioner is proceeding *pro se*.

**IT FURTHER IS ORDERED** that counsel's fugitive show-cause response (Doc. 5) is STRICKEN and that petitioner shall have 30 days to file a response to the prior show-cause order (Doc. 3) in proper person. If petitioner fails to timely show cause why the action should not be dismissed with prejudice as time-barred, the action will be dismissed without further advance notice. See Doc. 3, at 4-5 (prior admonitions regarding the consequences of a failure to respond with an adequate showing and further as to the requirements for supporting evidence). Given that petitioner has had sufficient time to respond to the show-cause order, no request for an extension of time will be granted absent extraordinary circumstances.

The Clerk shall SEND a hard copy of this order by mail to both Mr. Reed and to petitioner in proper person and shall expressly reflect in the docket entry the hard copy mailings both to former

. . .

. . .

1  counsel and separately to petitioner in proper person.

2      Dated this 4th Day of August, 2014.

3

4

5      _____
       JENNIFER A. DORSEY
       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28